United States District Court
Southern District of Texas
**ENTERED**
April 27, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARY S. THOMAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-20-0143 |
| | § | |
| SAM'S EAST, INC., | § | |
| | § | |
| Defendant. | § | |

### FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order granting Defendant's Motion for Summary Judgment, this action is **DISMISSED WITH PREJUDICE**.

Costs are taxed against the plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 27th day of April, 2020.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE